# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0004.  JOSE LUIS LOPES-HERNANDEZ v. THE STATE.**

On June 5, 2013, the trial court entered an order denying Jose Luis Lopes-Hernandez's "Pro Se Motion to Reduce/Modify Sentence." On July 11, 2013, Lopes-Hernandez filed an application for discretionary appeal seeking to appeal this ruling.[1]

When a party applies for discretionary review of a directly appealable order – such as one denying a timely motion for sentence modification – we grant the application under OCGA § 5-6-35 (j).[2] To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992). Because Lopes-Hernandez filed his application 36 days after entry of the trial court's order, it is untimely.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

---

[1] Lopes-Hernandez filed his application in the Supreme Court, which transferred the matter to this Court.

[2] Because Lopes-Hernandez failed to include either the motion to modify he filed in the trial court or his sentencing sheet, we are unable to ascertain whether the motion to modify was timely filed.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 09/12/2013
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*